PANISH SHEA & BOYLE, LLP
BRIAN J. PANISH, State Bar No. 116060
*panish@psblaw.com*
PETER KAUFMAN, State Bar No. 269297
*pkaufman@psblaw.com*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California  90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS CHAYRA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>G&M OIL COMPANY, INC.; DOES 1 to 10, Inclusive,<br><br>Defendant. | Case No.:  CV 11-9960 JAK (CWx)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1
FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41(a), the parties to the above-captioned matter stipulate to its dismissal without prejudice with each party to bear its own costs. Pursuant to California Rules of Court Rule 3.770(a), no consideration was paid to any Plaintiff or Plaintiff's counsel, directly or indirectly, in consideration for dismissing this action without prejudice.

DATED: February           , 2012        PANISH SHEA & BOYLE LLP

By: _____
PETER L. KAUFMAN
Attorneys for Plaintiff, NATAN SUTTON

DATED: February 10, 2012

By: _____
HARRY O. SCHENK
Attorneys for Defendant,
G&M OIL COMPANY, INC.