# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS CHAYRA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G&M OIL COMPANY, INC.; DOES 1 to 10, Inclusive,<br><br>　　　　Defendant. | Case No.: CV 11-9960 JAK (CWx)<br><br>**ORDER RE: DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE**<br><br>**JS-6** |

**IT IS HEREBY ORDERED THAT**, the above-entitled case is dismissed without prejudice pursuant to Federal Rules of civil Procedure Section 41 (a).

**IT IS SO ORDERED.**

DATED: June 25, 2012       By: _/s/ John A. Kronstadt_
　　　　　　　　　　　　　　　HON. JOHN A. KRONSTADT
　　　　　　　　　　　　　　　United States District Judge